1  **WILSON SONSINI GOODRICH & ROSATI**
   **Professional Corporation**
2  DYLAN J. LIDDIARD State Bar No. 203055
   DALE R. BISH, State Bar No. 235390
3  CHARLES A. TALPAS, State Bar No. 308505
   MIKAELA BURKHARDT, State Bar No. 328112
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
6
   Attorneys for Petitioner
7  Equicare Health, Inc.

8  [Additional Counsel on Signature Page]

9
                  UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12

13
   EQUICARE HEALTH, INC.,                 | Case No.: 5:21-MC-80183-EJD
14
               Petitioner,                | **JOINT STATUS REPORT**
15                                        | **PURSUANT TO ORDER DATED**
         v.                               | **MAY 31, 2022**
16
   VARIAN MEDICAL SYSTEMS, INC.,
17
               Respondent.
18

JOINT STATUS REPORT
CASE NO.: 5:21-MC-80183-EJD

Petitioner Equicare Health, Inc. and Respondent Varian Medical Systems, Inc. (collectively, the "Parties") respectfully submit this Joint Status Report pursuant to the Court's Order dated May 31, 2022 referring the matter to Magistrate Judge Spero for a settlement conference and mandating parties to file a joint status report by no later than September 2, 2022 (ECF No. 38).

The Parties were unable to settle this matter during the settlement conference with Judge Spero on August 22, 2022. Unless further proceedings would be helpful to the Court in its discretion, the Parties submit their respective pending motions on the written record and oral argument to date.

Respectfully submitted,

Dated: September 2, 2022

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/ Dylan J. Liddiard
    Dylan J. Liddiard
    Charles A. Talpas
    dliddiard@wsgr.com
    ctalpas@wsgr.com

*Attorneys for Petitioner*
*Equicare Health, Inc.*


Dated: September 2, 2022

KING & SPALDING LLP


By: /s/ Anne M. Voigts
    Anne M. Voigts
    Quyen L. Ta
    avoigts@kslaw.com
    qta@kslaw.com

*Attorneys for Respondent*
*Varian Medical Systems, Inc,*

**ECF ATTESTATION**

I, Dylan Liddiard, am the ECF User whose identification and password are being used to file this document and attest that all signatories hereto have concurred in this filing.

Dated: September 2, 2022

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Dylan J. Liddiard
Dylan J. Liddiard
dliddiard@wsgr.com

*Attorneys for Petitioner
Equicare Health, Inc.*